QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GLORIA ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  01:05-cr-00135 OWW |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| GLORIA ROJO, ) | NOTICE TO COUNSEL: CONTINUED TO DATE HAS BEEN CHANGED |
| *Defendant*. ) | Date: ~~July 25, 2005~~ August 2, 2005<br>Time: ~~10:00 a.m.~~ 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for July 12, 2005 may be continued to **July 25, 2005 at 10:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///

1  ///

2  ///

3  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

4    DATED: July 7, 2005    MCGREGOR W. SCOTT
United States Attorney

By /s/ Sheila K. Oberto
SHEILA K. OBERTO
Assistant U.S. Attorney
Attorney for Plaintiff

10    DATED: July 7, 2005

QUIN DENVIR
Federal Public Defender

By /s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

The hearing in this matter is continued to August 2, 2005 at 9:00 a.m.

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: July_8____, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER
U.S. District Court Judge for the
Eastern District of California