QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GLORIA ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 01:05-cr-00135 OWW |
|---|---|
| Plaintiff, | ) DEFENDANT'S WAIVER OF PERSONAL |
| | ) APPEARANCE; AND PROPOSED ORDER |
| v. | ) THEREON |
| GLORIA ROJO, | ) |
| | ) Date: August 2, 2005 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Oliver W. Wanger |

Pursuant to Fed. R. Crim. P. 43 (b)(3), defendant, GLORIA ROJO, hereby waives her right to be personally present in open court for status conferences, pre-trial motions and requests that this Court proceed in her absence, pursuant to this waiver. She agrees that her interests shall be represented at all times by the presence of her attorney, Mark A. Lizarraga, Assistant Federal Defender of the Office of the Federal Defender, the same as if Defendant were personally present. **Defendant is aware of the Status Conference scheduled for August 2, 2005**.

This request is being made for the following reasons: (1) Defendant is represented by counsel; (2) she resides in Bakersfield, California; (3) she is currently undergoing medical treatment for diabetes; (4) a few months ago, the blood vessels in her left eye ruptured, leaving her with visual problems in that eye; and (5) she relies on other people for transportation; and more recently she had toe surgery. (6) In ///
///
///

addition to the foregoing, she is also undergoing psychiatric treatment.

DATED:  July 28, 2005                    /s/ Gloria Rojo
                                         GLORIA ROJO


DATED: July 28, 2005                     QUIN DENVIR
                                         Federal Defender


                                         /s/ Mark A. Lizarraga
                                         MARK A. LIZARRAGA
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         GLORIA ROJO


# O R D E R

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be waived until further order.

DATED:  ___August 2, 2005____

                                         /s/ OLIVER W. WANGER
                                         _____
                                         THE HON. OLIVER W. WANGER
                                         U.S. District Court Judge for the
                                         Eastern District of California