QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GLORIA ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  01:05-cr-00135 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND  ORDER |
| v. ) | THEREON |
| ) | |
| GLORIA ROJO, ) | Date:  November 21, 2005 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon.  Oliver W. Wanger |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for November 8, 2005 may be continued to **November 21, 2005 at 9:00 a.m.**

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: November 3, 2005                           MCGREGOR W. SCOTT
                                                  United States Attorney


                                            By /s/ Sheila K. Oberto
                                               SHEILA K. OBERTO
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

DATED: November 3, 2005
                                                  QUIN DENVIR
                                                  Federal Public Defender


                                            By /s/ Mark A. Lizárraga
                                               MARK A. LIZARRAGA
                                               Assistant Federal Defender
                                               Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: November__4__, 2005

                                            /s/ OLIVER W. WANGER

                                            OLIVER W. WANGER
                                            U.S. District Court Judge for the
                                            Eastern District of California