QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GLORIA ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  01:05-cr-00135 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| GLORIA ROJO, | Date:   December 5, 2005 |
| Defendant. | Time:   9:00 a.m.<br>Judge: Hon.  Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for November 28, 2005 may be continued to **December 5, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED:  November 16, 2005                           MCGREGOR W. SCOTT
                                                    United States Attorney


                                                    By /s/ Sheila K. Oberto
                                                    SHEILA K. OBERTO
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff


DATED: November 16, 2005
                                                    QUIN DENVIR
                                                    Federal Public Defender



                                                    By /s/ Mark A. Lizárraga
                                                    MARK A. LIZARRAGA
                                                    Assistant Federal Defender
                                                    Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: November_16____, 2005

                                                     /s/ OLIVER W. WANGER
                                                    OLIVER W. WANGER
                                                    U.S. District Court Judge for the
                                                    Eastern District of California