1    QUIN DENVIR, Bar #49374
     Federal Defender
2    MARK A.  LIZÁRRAGA, CA Bar #186240
     Assistant Federal Defender
3    2300 Tulare Street, Suite 330
     Fresno, California  93721-2226
4    Telephone: (559) 487-5561

5    Attorney for Defendant
     GLORIA ROJO

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   NO.  01:05-cr-00135 OWW
                                      )
12                   Plaintiff,       )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE HEARING; AND ORDER
13        v.                          )   THEREON
                                      )
14   GLORIA ROJO,                     )   Date:   January 3, 2006
                                      )   Time:  1:30 p.m.
15                   Defendant.       )   Judge: Hon.  Oliver W. Wanger
     _____)

16

17        IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18   counsel, that the Status Conference Hearing currently set for December 5, 2005 may be continued to

19   **January 3, 2006 at 1:30 p.m.**

20        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21   justice, including but not limited to, the need for the period of time set forth herein for effective defense

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2      DATED:  December 1, 2005                    MCGREGOR W. SCOTT
                                                   United States Attorney
3

4

5                                                  By /s/ Sheila K. Oberto
                                                      SHEILA K. OBERTO
6                                                     Assistant U.S. Attorney
                                                      Attorney for Plaintiff
7

8      DATED: December 1, 2005

9                                                  QUIN DENVIR
                                                   Federal Public Defender
10

11

12                                                 By  /s/ Mark A. Lizárraga
                                                      MARK A. LIZARRAGA
13                                                    Assistant Federal Defender
                                                      Attorney for Defendant

14

15                            **O R D E R**

16      IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §

17   3161(h)(8)(B)(iv).

18      DATED: December__9___, 2005

19                                          /s/ OLIVER W. WANGER_____
                                            OLIVER W. WANGER
20                                          U.S. District Court Judge for the
                                            Eastern District of California

21

22

23

24

25

26

27

28